```
 1 | ALAN H. BARBANEL (Cal Bar No. 108196)
   | GARY S. SPITZER, (Cal Bar No. 155425)
 2 | BARBANEL & TREUER, P.C.
   | 1925 Century Park East, Suite 350
 3 | Los Angeles, California 90067
   | (310) 282-8088 - Telephone
 4 | (310) 282-8779 - Facsimile
 5 | Attorneys for Plaintiff
   | ST. PAUL REINSURANCE COMPANY
 6 | LIMITED
```

FILED
OCT 1 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
OCT 1 3 2005
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FIRST INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. C04 05258 RS ARB<br><br>**STIPULATION RE: CONTINUANCE OF MEDIATION**<br><br>Honorable:  Richard Seeborg<br>Dept.:  4 |

IT IS HEREBY STIPULATED by and between St. Paul Reinsurance Company, through its counsel of record, Barbanel & Treuer, P. C., and American First Insurance Company, through its counsel of record, Rocca, Haas, Hager LLP, that the time for completing the mediation in the above-referenced matter is extended to December 9, 2005. The mediator in the above-referenced matter, Robert C. Goodman, is also a party to the stipulation. The stipulation was necessitated due to a conflict of the mediator's schedule which resulted in the original mediation date, October 11, 2005, being taken off calendar and rescheduled of December 9, 2005, which was the first date available for the mediator due to a six

1  (6) week trial scheduled to begin on October 19, 2005.

2  DATED: October 13, 2005          BARBANEL & TREUER, P.C.
                                     ALAN H. BARBANEL
3                                    JAMES B. GREEN

4
5                                    By: _____
                                     ALAN H. BARBANEL
6                                    Attorneys for Plaintiff ST. PAUL
                                     REINSURANCE COMPANY LIMITED

7  DATED: October ___, 2005          ROECA, HAAS, HAGER LLP
8
9
                                     By: _____
10                                   EDWARD D. HAAS
                                     Attorneys for AMERICAN FIRST
11                                   INSURANCE COMPANY

12  DATED: October ___, 2005          LAW OFFICES OF ROBERT C. GOODMAN
13
14
                                     By: _____
15                                   ROBERT C. GOODMAN
                                     Mediator
16

17       **Pursuant to Stipulation, it is so Ordered.**

18
19  DATED: October 13, 2005
20
21                                   _____
22                                   Richard Seaborg, Magistrate Judge of the
                                     United States District Court, Northern
23                                   District of California

24
25
26
27
28

117121.1                            2                           C04 05258 RS ARB
              STIPULATION RE: CONTINUANCE OF MEDIATION

1 | (6) week trial scheduled to begin on October 19, 2005.
2 | DATED: October ___, 2005        BARBANEL & TREUER, P.C.
3 |                                 ALAN H. BARBANEL
  |                                 JAMES B. GREEN
4 |
5 |                                 By: _____
6 |                                 ALAN H. BARBANEL
  |                                 Attorneys for Plaintiff ST. PAUL
  |                                 REINSURANCE COMPANY LIMITED
7 | DATED: October 12, 2005         ROECA, HAAS, HAGER LLP
8 |
9 |
10|                                 By: [signature]
  |                                 EDWARD D. HAAS
11|                                 Attorneys for AMERICAN FIRST
  |                                 INSURANCE COMPANY
12| DATED: October ___, 2005        LAW OFFICES OF ROBERT C. GOODMAN
13|
14|
15|                                 By: _____
  |                                 ROBERT C. GOODMAN
16|                                 Mediator
17|     Pursuant to Stipulation, it is so Ordered.
18|
19| DATED: October ___, 2005
20|
21|
22|                                 _____
  |                                 Richard Seaborg, Magistrate Judge of the
23|                                 United States District Court, Northern
  |                                 District of California
24|
25|
26|
27|
28|

```
 1 | (6) week trial scheduled to begin on October 19, 2005.
 2 | DATED: October ___, 2005         BARBANEL & TREUER, P.C.
 3 |                                  ALAN H. BARBANEL
   |                                  JAMES B. GREEN
 4 |
 5 |                            By: _____
 6 |                                  ALAN H. BARBANEL
   |                                  Attorneys for Plaintiff ST. PAUL
   |                                  REINSURANCE COMPANY LIMITED
 7 | DATED: October ___, 2005         ROECA, HAAS, HAGER LLP
 8 |
 9 |
10 |                            By: _____
11 |                                  EDWARD D. HAAS
   |                                  Attorneys for AMERICAN FIRST
   |                                  INSURANCE COMPANY
12 | DATED: October 12, 2005          LAW OFFICES OF ROBERT C. GOODMAN
13 |
14 |
15 |                            By: _____
16 |                                  ROBERT C. GOODMAN
   |                                  Mediator
17 |         Pursuant to Stipulation, it is so Ordered.
18 |
19 | DATED: October ___, 2005
20 |
21 |
22 |                                  Richard Seaborg, Magistrate Judge of the
                                      United States District Court, Northern
23 |                                  District of California
24 |
25 |
26 |
27 |
28 |
```

                                2
                STIPULATION RE: CONTINUANCE OF MEDIATION                  C 04 05258 RS ARB