1  ALAN H. BARBANEL (Cal Bar No. 108196)
   JOHN R. LISENBERY (Cal Bar No. 136565)
2  BARBANEL & TREUER, P.C.
   1925 Century Park East, Suite 350
3  Los Angeles, California 90067
   (310) 282-8088 - Telephone
4  (310) 282-8779 - Facsimile

5  Attorneys for Plaintiff
   ST. PAUL REINSURANCE COMPANY
6  LIMITED

**FILED**
FEB 28 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FIRST INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. C04 05258 RS ARB<br><br>**STIPULATION RE: CONTINUANCE OF ORDER TO SHOW CAUSE HEARING DATE**<br><br>Honorable: Richard Seeborg<br>Dept.:     4 |

IT IS HEREBY STIPULATED by and between St. Paul Reinsurance Company, through its counsel of record, Barbanel & Treuer, P. C., and American First Insurance Company, through its counsel of record, Roeca, Haas, Hager LLP, that the Order to Show Cause Re: Settlement hearing scheduled for March 1, 2006 at 9:30 a.m. be continued until April 5, 2006 at 9:30 a.m. The stipulation has been

/ / /
/ / /
/ / /
/ / /

1
C04 05258 RS ARB
STIPULATION RE: CONTINUANCE OF OSC HEARING DATE

119923.1

1 necessitated in order to allow the parties time to complete the settlement of the
2 captioned matter and to file a dismissal thereafter.

3
4 DATED: February 27, 2006          BARBANEL & TREUER, P.C.
                                     ALAN H. BARBANEL
5                                    JOHN R. LISENBERY

6
                                     By: _____
7                                        JOHN R. LISENBERY
                                         Attorneys for Plaintiff ST. PAUL
8                                        REINSURANCE COMPANY LIMITED

9 DATED: February ___, 2006          ROECA, HAAS, HAGER LLP
10
11
                                     By: _____
12                                        EDWARD D. HAAS
                                         Attorneys for AMERICAN FIRST
13                                       INSURANCE COMPANY

14      **Pursuant to Stipulation, it is so Ordered.**
15
16 DATED: February ___, 2006
17
18
                                     _____
19                                   Richard Seaborg, Magistrate Judge of the
                                     United States District Court, Northern
                                     District of California
20
21
22
23
24
25
26
27
28

Barbanel & Treuer, P.C.
ATTORNEYS AT LAW
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

necessitated in order to allow the parties time to complete the settlement of the captioned matter and to file a dismissal thereafter.

DATED: February ___, 2006

BARBANEL & TREUER, P.C.
ALAN H. BARBANEL
JOHN R. LISENBERY

By: _____
JOHN R. LISENBERY
Attorneys for Plaintiff ST. PAUL
REINSURANCE COMPANY LIMITED

DATED: February 27, 2006

ROECA, HAAS, HAGER LLP

By: _____
EDWARD D. HAAS
Attorneys for AMERICAN FIRST
INSURANCE COMPANY

Pursuant to Stipulation, it is so Ordered.

DATED: February 28, 2006

_____
Richard Seaborg, Magistrate Judge of the
United States District Court, Northern
District of California

2
STIPULATION RE: CONTINUANCE OF OSC HEARING DATE

C04 05258 RS ARB